| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Central District of California |
| _____ (State) |
| Case number (if known): _____ Chapter 7 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    Varsobia Hospitality LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8 7 – 1 2 5 6 6 3 4

4. **Debtor's address**

   Principal place of business

   _____
   Number    Street

   La Jolla _____
   City    State    ZIP Code

   _____
   County

   Mailing address, if different from principal place of business

   4275 Executive Square Suite 200
   Number    Street

   _____
   P.O. Box

   La Jolla    CA    92037
   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number    Street

   _____    CA    _____
   City    State    ZIP Code

5. **Debtor's website (URL)**    _____

Debtor **Varsobia Hospitality LLC**     Case number (if known) _____
    Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

If more than 2 cases, attach a separate list.
    District _____ When _____ Case number _____
                              MM / DD / YYYY

Debtor    **Varsobia Hospitality LLC**    Case number (if known) _____
           Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___ / ___ / _____
                                        MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number    Street
                               _____
                               City                          State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor **Varsobia Hospitality LLC**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/19/2026
              MM / DD / YYYY

✗ /s/ Angelo Varsobia                           Angelo Varsobia
Signature of authorized representative of debtor   Printed name

Title  Managing Partner

**18. Signature of attorney**

✗ /s/ Marc Steven Applbaum, Esq.        Date  01/19/2026
Signature of attorney for debtor              MM / DD / YYYY

Marc Steven Applbaum, Esq.
Printed name
MIDWAY LAW FIRM APC
Firm name
4275 Executive Square
Number    Street
La Jolla                              CA        92037
City                                  State     ZIP Code

7604841203                            bobby@midwaylawfirm.com
Contact phone                         Email address

222511                                CA
Bar number                            State

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Marc Steven Applbaum, Esq. 222511<br>Midway Law Firm APC<br>4275 Executive Square Suite 200<br>San Diego, CA 92037<br>TELEPHONE NO.: 760 484-1203    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: bobby@midwaylawfirm.com<br>ATTORNEY FOR *(Name)*: Adam L. Greenfield | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 12720 Norwalk Blvd
MAILING ADDRESS: 12720 Norwalk Blvd
CITY AND ZIP CODE: Norwalk
BRANCH NAME: Souteast District

CASE NAME:
Greenfield v The McHugh Family Trust, et al

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>26NWCV00077 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: Adam Greenfield    makes the following substitution:

1. **Former legal representative**  [✓] Party represented self    [ ] Attorney *(name)*:
2. **New legal representative**    [ ] Party is representing self*  [✓] Attorney Marc Steven Applbaum, Esq.
   a. Name: Marc Steven Applbaum
   b. State Bar No. *(if applicable)*: 222511
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*:
      Midway Law Firm APC, 4275 Executive Square, Suite 200, La Jolla, CA 92037

   d. Telephone No. *(include area code)*: 760 484-1203
3. The party making this substitution is a    [✓] plaintiff    [ ] defendant    [ ] petitioner    [ ] respondent    [ ] other *(specify)*:
   Adam Greenfield

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date:
   Adam L. Greenfield
   (TYPE OR PRINT NAME)    ▶ _____ (SIGNATURE OF PARTY)

5. [ ] I consent to this substitution.
   Date:
   _____
   (TYPE OR PRINT NAME)    ▶ _____ (SIGNATURE OF FORMER ATTORNEY)

6. [✓] I consent to this substitution.
   Date: 01/19/2026
   Marc Steven Applbaum, Esq.
   (TYPE OR PRINT NAME)    ▶ *Marc Steven Applbaum, Esq.* (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)    Page 1 of 2

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2009] | **SUBSTITUTION OF ATTORNEY—CIVIL**<br>(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |

MC-050

| CASE NAME: Greenfield v The McHugh Family | CASE NUMBER: |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:
   4275

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing:                          (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____             _____
(TYPE OR PRINT NAME)                                         (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served:
   b. Address *(number, street, city, and ZIP)*:

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

☐ List of names and addresses continued in attachment.

---

MC-050 [Rev. January 1, 2009]            **SUBSTITUTION OF ATTORNEY—CIVIL**            Page 2 of 2
                                                 (Without Court Order)